Louis LEFKOWITZ, Appellant-Respondent, v. METROPOLITAN JOCKEY CLUB, Respondent-Appellant.— In an action to recover damages for personal injuries, plaintiff appeals from so much of an order as grants defendant's motion to set aside a verdict in favor of plaintiff and directs a new trial of the action; while defendant cross-appeals from so much of said order as denies its motions to dismiss the complaint. Order insofar as appealed from unanimously affirmed, without costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Aldrich, JJ.

ALICE MACDONALD, as Administratrix of the Estate of MAY JOHNSTON, Deceased, Appellant, v. CITY OF BEACON, Respondent.— Appeal by the plaintiff from an order dismissing the third and fourth causes of actions set forth in the complaint and from the judgment of dismissal entered pursuant to said order. Order and judgment reversed on the law, with $10 costs and disbursements, and the motion denied, with $10 costs, the defendant to serve its answer within ten days from the entry of the order hereon. (*Holmes* v. *City of New York, ante,* p. 95.) Close, P. J., Carswell, Johnston and Aldrich, JJ., concur; Adel, J., concurs, adhering, however, to the opinion expressed in his dissent in *Holmes* v. *City of New York* (*supra*). [183 Misc. 1068.] [See *post*, p. 941.]

NORELL HOLDING CORPORATION, Respondent, v. SIDNEY PUTTER et al., Doing Business under the Name of PUTTER BROTHERS, Defendants, and SIDNEY PUTTER, Appellant.— Appeal by defendant Sidney Putter from that part of an order, entered on reargument, which denied as to him a motion made by defendants to vacate a money judgment theretofore rendered against them in the Justice's Court of the Town of Hempstead, County of Nassau. Order insofar as appealed from affirmed, with $10 costs and disbursements. The Supreme Court was without power to entertain the application. (*Daniels* v. *Southard,* 36 App. Div. 540; *Johnson* v. *Manning,* 75 App. Div. 285; *Garges Bros., Inc.,* v. *Specht,* 241 App. Div. 737; *Quackenbush* v. *Johnston,* 249 App. Div. 452.) Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS PAVESE, Appellant.— Defendant appeals from a judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of violating subdivision 1 of section 65 of the Alcoholic Beverage Control Law (sale of an alcoholic beverage to a person under the age of eighteen years). Concededly the proof did not sustain the charge alleged in the complaint, therefore the judgment of conviction is reversed on the law, the complaint dismissed and the fine remitted. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL SWEARENGEN, Appellant.— Judgment of the County Court, Westchester County, convicting defendant of the crime of burglary in the first degree, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.